IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIBCO INC., IN ITS CAPACITY AS THE SPONSOR AND ADMINISTRATOR OF THE NIBCO INC. PROFIT SHARING AND 401(K) SAVINGS PLAN,<br><br>**Plaintiff,**<br><br>v.<br><br>AMERICAN FUNDS SERVICE COMPANY, and THE GROWTH FUND OF AMERICA, INC.,<br><br>**Defendant(s).** | CASE NO. 1:09-cv-0319 WTL-TAB |

## MOTION TO DISMISS COMPLAINT

Defendants American Funds Service Company ("AFS") and The Growth Fund of America, Inc., ("TGFA") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and S.D.Ind.L.R. 7.1(a), respectfully request that this Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted, and in support thereof states:

1.   The Complaint should be dismissed with prejudice because Plaintiff as a matter of law cannot state a claim that it was entitled to value its redemption of its mutual fund shares at the price calculated on May 1, 2008.  The Complaint admits that AFS received Plaintiff's redemption order on April 30, 2008.  AFS was therefore required under SEC Rules 22c-1(a) and (b)(1) to price Plaintiff's redemption of shares at the net asset value calculated on that date. Additionally, Plaintiff has failed to adequately allege the elements of a claim for breach of fiduciary duty.

2. Pursuant to S.D.Ind.L.R. 7.1(a), Defendants have filed a separate supporting brief contemporaneously herewith that more fully explains the bases for dismissal of Plaintiff's Complaint.

DATED:  May 13, 2009                                            Respectfully submitted,


By:  /s/ Jeffrey B. Bailey
Jeffrey B. Bailey

| OF COUNSEL: | COUNSEL OF RECORD: |
|---|---|
| GARETH T. EVANS | JEFFREY B. BAILEY |
| email: gevans@gibsondunn.com | email: jbbailey@boselaw.com |
| ANDREW J. DEMKO | PAUL D. VINK |
| email: ademko@gibsondunn.com | email: pvink@boselaw.com |
| GIBSON, DUNN & CRUTCHER LLP | BOSE MCKINNEY & EVANS LLP |
| 333 South Grand Ave. | 111 Monument Circle, Suite 2700 |
| Los Angeles, CA 90071-3197 | Indianapolis, IN  46204 |
| Telephone:  213.229.7000 | Telephone:  317-684-5000 |
| Facsimile:  213.229.7520 | Facsimile:  317-684-5173 |

*Attorneys for Defendant
American Funds Service Company & The Growth
Fund of America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2009, a copy of the foregoing Motion to Dismiss Complaint was served via electronic mail on the following persons by operation of the Court's electronic filing system:

Thomas J. Costakis
Lawrence W. Schmits
Aaron R. Raff
KRIEG DEVAULT, LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204

                                          /s/ Jeffrey B. Bailey
                                          Jeffrey B. Bailey

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5000 (phone)
(317) 684-5173 (facsimile)

1398926_1