UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIBCO INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-0319-WTL-TAB |
| | ) | |
| AMERICAN FUNDS SERVICE | ) | |
| COMPANY., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DECEMBER 4, 2009, PRETRIAL CONFERENCE**

Parties appeared by counsel December 4, 2009, for a pretrial conference. Discussion held regarding discovery, settlement, and related matters. The Court heard argument on Defendants' motion to stay [Docket No. 30] and now grants that motion and stays this action, provided, however, that the parties nevertheless shall serve initial disclosures by January 29, 2010. The proposed Case Management Plan [Docket No. 31] is denied.

**This cause is set for a pretrial conference at 10 a.m. on May 7, 2010, Room 234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.** Parties shall participate in this conference by counsel. The purpose of this conference is to address the outcome of the arbitration proceeding and settlement.

Dated: 12/07/2009

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jeffrey B. Bailey
BOSE MCKINNEY & EVANS, LLP
jbbailey@boselaw.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Aaron R. Raff
KRIEG DEVAULT LLP
araff@kdlegal.com

Lawrence W. Schmits
KRIEG DEVAULT LLP
lws@kdlegal.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com