UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIBCO INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-0319-WTL-TAB |
| | ) | |
| AMERICAN FUNDS SERVICE | ) | |
| COMPANY., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MAY 7, 2010, PRETRIAL CONFERENCE**

Parties appeared by counsel May 7, 2010, for a pretrial conference. Discussion held regarding settlement and related matters. Parties shall file a stipulation of dismissal within 28 days.

Dated: 05/07/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jeffrey B. Bailey
BOSE MCKINNEY & EVANS, LLP
jbbailey@boselaw.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Lawrence W. Schmits
KRIEG DEVAULT LLP
lws@kdlegal.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP
pvink@boselaw.com