IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIBCO INC., IN ITS CAPACITY AS THE SPONSOR AND ADMINISTRATOR OF THE NIBCO INC. PROFIT SHARING AND 401(K) SAVINGS PLAN,<br><br>      Plaintiff,<br><br>      v.<br><br>AMERICAN FUNDS SERVICE COMPANY, and THE GROWTH FUND OF AMERICA, INC.,<br><br>      Defendants. | CASE NO. 1:09-cv-0319 WTL-TAB |

## ORDER

This Court, having before it Defendants' Motion to Withdraw and Seal Defendants' Status Report [Dkt. 37], and having carefully considered said motion, now finds that there is good cause to GRANT the motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Status Report, which is Document 37, is hereby withdrawn and that said document is placed under seal. Pursuant to S.D.Ind.L.R. 5.3, Document 37 shall not be available electronically.

DATED: 05/14/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

2

Copies to:

Jeffrey B. Bailey
BOSE McKINNEY & EVANS, LLP
jbbailey@boselaw.com

Paul D. Vink
BOSE McKINNEY & EVANS, LLP
pvink@boselaw.com

Lawrence W. Schmits
KRIEG DEVAULT LLP
lws@kdlegal.com

Thomas Costakis
KRIEG DEVAULT LLP
tcostakis@kdlegal.com

1662158_1