IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **NIBCO INC., IN ITS CAPACITY AS THE SPONSOR AND ADMINISTRATOR OF THE NIBCO INC. PROFIT SHARING AND 401(K) SAVINGS PLAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN FUNDS SERVICE COMPANY, and THE GROWTH FUND OF AMERICA, INC.,**<br><br>**Defendants.** | CASE NO. 1:09-cv-0319 WTL-TAB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, NIBCO Inc., in its capacity as the sponsor and administrator of the NIBCO Inc. Profit Sharing and 401(k) Savings Plan, by counsel, and the Defendants, American Funds Service Company and The Growth Fund of America, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal with Prejudice, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys fees.

| | |
|---|---|
| s/ Thomas J. Costakis (*by permission*) | s/ Paul D. Vink |
| Thomas J. Costakis | Jeffrey B. Bailey |
| Lawrence W. Schmits | Paul D. Vink |
| KRIEG DEVAULT, LLP | BOSE McKINNEY & EVANS LLP |
| One Indiana Square, Suite 2800 | 111 Monument Circle, Suite 2700 |
| Indianapolis, IN  46204 | Indianapolis, IN  46204 |
| | |
| Attorneys for Plaintiff, NIBCO Inc. | Attorneys for Defendants, American Funds Service Company and The Growth Fund of America, Inc. |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 17, 2010, a copy of the foregoing document was served via the Court's electronic filing system on the following parties:

Thomas J. Costakis
Lawrence W. Schmits
Aaron R. Raff
KRIEG DEVAULT, LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204

                                            /s/ Paul D. Vink
                                            Paul D. Vink

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

1660719_1